No. 17,540.

EMMA BRADSHAW, ETC. *v.* ROBERT B. HURST AND ROBERT F. GEORGE.
(282 P. [2d] 1100)

Decided April 25, 1955.

Messrs. PARKISON & PARKISON, for plaintiff in error.

Messrs. IRELAND, IRELAND, STAPLETON & PRYOR, Messrs. PETRIE & ZIMMERMAN, for defendants in error.

*En Banc.*

PER CURIAM.

Judgment affirmed without written opinion.